UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN HENDRIX AND JUSTIN HENDRIX, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 4:09CV1079 HEA |
| vs. | ) ) |
| LARRY W. CURTIS, Deceased, DIEUDONNE HILAIRE, and ENTERPRISES, INC., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiffs' Second Motion to Compel Discovery Response, [Doc. No. 28].

With respect to Plaintiffs' Request for Production of Documents, Paragraph 1 of Plaintiffs' Motion, the Motion is denied as Plaintiffs have been afforded the opportunity to have information regarding the limits of liability under the insurance policy.

Regarding the request in Paragraph 2 of the Motion, the Motion is granted as to photographs only at this time.

The request contained in Paragraph 3 of the Motion is denied, as no such materials exist.

With respect to Plaintiffs' interrogatory four, contained in Paragraph 4 of the Motion, the Motion is denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Second Motion to Compel Discovery Response, [Doc. No. 28], is granted in part and denied in part, as provided herein.

Dated this 3rd day of August, 2010.

_____
  HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE