UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN HENDRIX AND JUSTIN HENDRIX, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 4:09CV1079 HEA |
| vs. | ) ) |
| LARRY W. CURTIS, Deceased, DIEUDONNE HILAIRE, and ENTERPRISES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel, [Doc. No. 73].

With respect to Plaintiffs' Interrogatory number three, the Motion is granted. The interrogatory clearly seeks the identity of the person to whom it was disclosed.

With respect to Plaintiffs' Interrogatory number four, the Motion is granted subject to Plaintiffs providing a time frame of when statements may have been made.

With respect to interrogatory number fourteen, the Motion is granted. Defendant is to identify the documents used in responding to interrogatories.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel, [Doc. No. 73], is granted in part and denied in part, as provided herein.

Dated this 10th day of February, 2011.

_____
   HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE