UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN HENDRIX AND JUSTIN HENDRIX, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:09CV1079 HEA ) ) |
| LARRY W. CURTIS, Deceased, DIEUDONNE HILAIRE, and ENTERPRISES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel,, [Doc. No. 101]. The Motion is denied. The Court finds that it is unreasonable and untenable for Plaintiffs to expect to depose in-house counsel when the information sought is available to Plaintiffs through other means.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel, [Doc. No. 101], is denied.

Dated this 31st day of May, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE