## United States District Court
### EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

John L. Hendrix et al.

      Plaintiffs,

           v.              CASE NUMBER:    4:09-cv-1079 HEA

Werner Enterprises, Inc. et al.

      Defendants.

☒     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of Plaintiff John L. Hendrix for personal injuries against Defendant Larry Curtis, as submitted in Instructions 12 through 16 and general Instructions 1 through 11, judgment is entered in favor of Plaintiff John L. Hendrix and against Defendant Larry Curtis with damages assessed in the amount of $1,500.00 (Fifteen Hundred Dollars). On the claim of Plaintiff John L. Hendrix for personal injuries against Defendant Werner Enterprises, Inc., as submitted in Instructions 12 through 16 and general Instructions 1 through 11, judgment is entered in favor of Defendant Werner Enterprises, Inc. and against Plaintiff John L. Hendrix.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Plaintiffs John F. and Glenda Hendrix for medical expenses due to injury to their child John L. Hendrix, as submitted in Instructions 12 through 16 and general Instructions 1 through 11, judgment is entered in favor of Defendant Larry Curtis and against Plaintiffs John F. and Glenda Hendrix.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Plaintiff Justin Hendrix for personal

injuries against Defendant Larry Curtis, as submitted in Instructions 18 through 23 and general Instructions 1 through 11, judgment is entered in favor of Plaintiff Justin Hendrix and against Defendant Larry Curtis with damages assessed in the amount of $25,000.00 (Twenty-Five Thousand Dollars).  On the claim of Plaintiff Justin Hendrix for personal injuries against Defendant Werner Enterprises, Inc., as submitted in Instructions 18 through 23 and general Instructions 1 through 11, judgment is entered in favor of Defendant Werner Enterprises, Inc. and against Plaintiff Justin Hendrix.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of Plaintiffs John F. and Glenda Hendrix for medical expenses due to injury to their child Justin Hendrix, as submitted in Instructions 18 through 23 and general Instructions 1 through 11,  judgment is entered in favor of Plaintiffs John F. and Glenda Hendrix and against Defendant Larry Curtis, with damages assessed in the amount of $7,000.00 (Seven Thousand Dollars).

James G. Woodward
CLERK

June 16, 2011
DATE

By: /s/ Carol B. Long

Carol B. Long
DEPUTY CLERK